**FRY, L.**

v.

**FRY, D.**

**1646 WDA 2016**

Superior Court of Pennsylvania.

09/12/2017

2011–1815–Civil
(Armstrong)

Affirmed

**L.D. OIL & GAS ENTERPRISES**

v.

**LOOP, D.**

**1883 WDA 2016**

Superior Court of Pennsylvania.

09/12/2017

2014–1168
(Venango)

Reversed/Remanded

**COM.**

v.

**WOO, R.**

**214 WDA 2017**

Superior Court of Pennsylvania.

09/12/2017

CP–65–CR–0003290–1994     (Westmore-land)

Affirmed

**COM.**

v.

**Williams MOORE, D.**

**311 WDA 2017**

Superior Court of Pennsylvania.

09/12/2017

CP–26–CR–0000760–2016 (Fayette)

Affirmed